United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALGORZATA JAROSZUK,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-06311-JSC

**ORDER TO SHOW CAUSE TO PLAINTIFF**

Re: Dkt. No. 15

On July 2, 2026, the Court granted Plaintiff's application to proceed in forma pauperis and directed Plaintiff to file the proposed summons so the U.S. Marshal for the Northern District of California can serve the summons and complaint. (Dkt. Nos. 4, 5.) Plaintiff thereafter filed a proposed summons, but it did not include her contact information under the section for Plaintiff's name and address. The Court thus ordered Plaintiff to refile the summons with the missing information by September 16, 2026. (Dkt. No. 15.) Plaintiff has not done so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. **Plaintiff shall file a written response to this Order along with the proposed summons by October 26, 2026. If Plaintiff fails to do so, this action may be dismissed for failure to prosecute and failure to comply with the Court's orders.** *See* Fed. R. Civ. P. 41(b); *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may sua sponte dismiss an action pursuant to Rule 41(b)).

The Clerk shall email Plaintiff a copy of this Order at jaroszuk.margaret@yahoo.com.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge